United States District Court
# EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

Vito Kappa
_____
Defendant

ORDER SETTING CONDITIONS
OF RELEASE AND BOND

Case No.: 07 cr 56 (RJD)

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released as follows, **subject to the Standard Conditions of Bond on the reverse** and:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or
[ ] Upon **Unsecured Bond** executed by defendant in the amount of $ _____, or
[✓] Upon **Secured Appearance Bond** as provided herein.   500,000

### Additional Conditions of Release

Upon finding that release under the standard conditions detailed on the reverse will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, IT IS FURTHER ORDERED that the defendant is subject to the following additional conditions of release:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: NY and NJ

[✓] 2. The defendant shall avoid all contact and not associate with any of the following persons or entities: codefts named in indictment + Frank Cali, Peter Inverillo, Joe Gallo

[ ] 3. The defendant shall avoid and not go to any of the following locations: _____

[✓] 4. The defendant shall surrender any and all passports to the U.S. Pretrial Services Agency by _____ and shall not apply for any other passport.

[✓] 5. Defendant is placed under the express supervision of the Pretrial Services Agency, subject to the Special Conditions on the reverse, if applicable, and
[ ] is subject to random visits by a Pretrial Services officer at defendant's home and/or place of work;
[✓] must report to that agency ( ) in person _____ times per _____ and/or ( ) by telephone _____ times per _____ ; As directed by PTS
[ ] is subject to home detention with electronic monitoring with the following conditions: _____

[ ] must undergo [ ] random drug testing [ ] evaluation and/or [ ] treatment for: [ ] substance abuse [ ] alcoholism [ ] mental health problems.
[ ] must pay the cost of treatment and/or electronic monitoring by with personal funds and/or insurance.

[ ] 6. Other Conditions: _____

## APPEARANCE BOND

The undersigned defendant and sureties jointly and severally acknowledge that I/we and my/our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 500,000. The undersigned agree(s) that this obligation is secured with his/her/their interest in the following property ("Collateral") which he/she/they represent is/are free and clear of liens except as otherwise indicated:

[✓] cash deposited in the Registry of the Court the sum of $ 50,000
[✓] premises located at: 52 Stephens Dr, East Br... owned by Vito + Margarita Kappa
[ ] I/We also agree to execute a confession of judgment in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before _____.

[ ] Other Conditions: _____

X _____Kappa_____  Address: _52 Stephens Dr, ..._
Margarita Surety Kappa

_____  Address: _____
Surety

_____  Address: _____
Surety

The Court has advised the defendant of the conditions of release per 18:3142(h)(1) and (h)(2). This bond is conditioned upon the appearance of the defendant and is subject to the **Standard Conditions of Bond** set forth on the reverse. If the defendant fails to appear as ordered or notified, or any other condition of this bond is not met, this bond shall be due forthwith.

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. **I am aware of the penalties and sanctions set forth on the reverse of this form.**

Release of the Defendant is hereby ordered on  1/31/07 / 20___

_____
Signature of Defendant

___ s/ MJ Azrack          ___, US_J

Distribution:    White-Original    Canary - Courtroom Deputy    Pink - Pretrial Services    Goldenrod - Defendant

A062 SWEDA  
(Rev. 4-90)

**ORIGINAL**  C 335041

RECEIPT FOR PAYMENT  
UNITED STATES DISTRICT COURT  
for the  
EASTERN DISTRICT OF NEW YORK  
at BROOKLYN

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (1/2) |
| 510100 | Registry Fee |

2/1/07  
$50,000.00  
CASH

CASE REFERENCE: 07CR56 (RJD)

RECEIVED FROM Margheaita Rappa

Cash Bail

DEPUTY CLERK  EG

2007 FEB -1 AM 11: 24 FILED

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

ROBERT C. HEINEMANN
CLERK

TO ALL PERSONS DEPOSITING MONEY AS CASH SECURITY FOR THE RELEASE ON BAIL OF A DEFENDANT IN A CRIMINAL CASE:

1) Safeguard the receipt issued to you at the time of depositing the money with the Clerk of the Court so that you may present it to the Cashier when the case is disposed of and you apply to get the money back.

2) The person whose name appears on the receipt is the only person entitled to the return of the bail.

3) The return of the money will be in the form of a <u>check</u> only. DO NOT ASK FOR CASH.

4) When all conditions of the bail bond have been satisfied, and the security deposit can be released, the person who deposited the money or his assignee must go to the cashier in the clerk's office and present the receipt. The cashier will check the court records and, if the money can be released, instruct the depositor to secure the consent of the Assistant U.S. Attorney in charge of the case by going to him and getting an order to release bail. After the U.S. Attorney prepares the order to release bail, the depositor brings the order to the cashier who will take the order to the judge to whom the case is assigned for signature.

5) The entire process of turning over the check to the person entitled to it will take some time, depending upon the availability of the Assistant U.S. Attorney and the U.S. District Judge.

6) If you lose the receipt, you will have to submit an affidavit explaining how the receipt came to be lost. The affidavit must be <u>notarized</u>. The cashier will provide you with the appropriate form.

7) If you wish to assign or transfer the right to all or part of the money to another person, you must execute a legal assignment and file it with the cashier before you ask for the release of the cash bail.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA,

-against- Vito Rappa

**ORDER
FOR ACCEPTANCE OF CASH BAIL**

Docket No. 07CR-56 (KJD)
-----------------------------------------------X

Bail having been fixed by Magistrate Judge Azrack in the above entitled action in the amount of $500,000 of which sum $50,000 in cash is to be deposited with the Clerk of the Court.

It is hereby ordered that the Clerk, United States District Court for the Eastern District of New York accept the said amount of $ 50,000 when tendered on behalf of the above defendant.

**SO ORDERED.**

Dated: Brooklyn, New York
1/0/1/7

_____
**UNITED STATES MAGISTRATE JUDGE**

Receipt No. 335041
**Money Deposited By:** MARGHERITA RAPPA
**Address & Telephone**

X_____