UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES AMERICA | Hon. Raymond J.Dearie, U.S.D.J. |
| VS. | Crim No. 07-056(RJD) |
| VITA RAPPA, et al. | ORDER PERMITTING<br>JOINT VISITATION<br>BETWEEN VITO RAPPA AND<br>FRANCESCO NANIA |

    This matter having been opened to the Court on the joint application of Roslynn R. Mauskopf, United States Attorney for the Eastern District of New York (Paige Peterson, Assistant United States Attorney, appearing) and Vito Rappa and Francesco Nania (Paul W. Bergrin, Esq., appearing), for an Order Granting Visitation at the Metropolitan Detention Center, Brooklyn, New York, for joint visitation between Vito Rappa and Francesco Nania and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT, that Vito Rappa shall be permitted to visit Francesco Nania at the Metropolitan Detention Center, Brooklyn, New York.


_____
RAYMOND J. DEARIE
United States District Court Judge