# LAW OFFICE OF PAUL W. BERGRIN

A PROFESSIONAL CORPORATION
Certified Criminal Trial Attorney by the NJ Supreme Court

ATTORNEYS AT LAW
50 PARK PLACE, 10TH FLOOR
NEWARK, NEW JERSEY 07102
_____

(973) 242-3700
Fax (973) 242-3799
E-Mail pbergrin@bergrin-firm.com

**PAUL W. BERGRIN**
Certified Criminal
Attorney by the NJ
Supreme Court

May 15, 2008

*<u>Via Electronic Filing and Facsimile Transmission 718-260-2437</u>*
The Honorable Judge Dearie
US District Courthouse – Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

   **RE: People vs. Vito Rappa**

Dear Judge Dearie:

  Please be advised that this office represents the defendant referenced herein. This matter is listed for a court date on May 15, 2008. I respectfully request an adjournment of this matter as I am currently out of state for a U.S. District Court federal case in Phoenix, Arizona and will not be arriving back to New Jersey until tomorrow evening. My office has spoken to your Ellen of you chambers and we have arranged for the date to be rescheduled to May 30, 2008 at 12:00 p.m. We have notified out client as well.

  If you have any questions, please do not hesitate to contact me.

      Respectfully submitted,

      LAW OFFICES OF PAUL W. BERGRIN, P.C.

      *Paul W. Bergrin*

      BY: PAUL W. BERGRIN, ESQ.

PWB: kms