BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR SENTENCING

DATE: MAY 30, 2008 12:10PM TO 12:40PM

DOCKET NUMBER: CR 07-56-10 (RJD)

U.S.A. -v- VITO RAPPA (ON BOND)
COUNSEL: PAUL BERGRIN (RETAINED)

AUSA: TARYN MERKL & PAIGE PETERSEN

COURTREPORTER: RON TOLKIN

X CASE CALLED FOR SENTENCING.

X COURT ACCEPTED PLEA OF GUILTY TO COUNT 24 OF THE TWENTY-EIGHT COUNT INDICTMENT ON 11/19/07.

X THE DEFENDANT IS SENTENCED AS FOLLOWS:
**THE DEFENDANT IS HEREBY SENTENCED TO:
PROBATION FOR A TERM OF THREE (3) YEARS.
FINE IN THE AMOUNT OF $10,000 PAYABLE WITHIN 30 DAYS FROM TODAY.**

X SPECIAL ASSESSMENT: $100.00

X AUSA MOVES TO DISMISS ALL OPEN COUNTS. MOTION GRANTED.